| | | | |
|---|---|---|---|
| | AUSA: | Christopher Rawsthorne | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Michael MacBride | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Eddie Short Jr.

Case: 2:23−mj−30214
Assigned To : Unassigned
Assign. Date : 5/25/2023
CMP: USA v SHORT (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 3, 2023 through May 11, 2023__ in the county of __Oakland and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of and/or Access with Intent to View Child Pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael S. MacBride, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 25, 2023

*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael S. MacBride, being first duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Resident Agent in Charge (RAC) Detroit Metropolitan Airport office located in Romulus, Michigan. I have been employed as a Special Agent for HSI and its predecessor agency, the United States Customs Service since September 2002. As part of my duties as an HSI agent, I investigate criminal violations relating to child sexual exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography in violation of 18 U.S.C §§ 2251, 2252 and 2252A, as well as Mann Act violations, including offenses in violation of 18 U.S.C. §§ 1591 and 2423(a). I have received training from the U.S. Department of Homeland Security in child exploitation investigations and online undercover investigations. I am a certified computer forensic examiner and have been conducting computer forensic examinations since 2004. I have participated in hundreds of federal investigations relating to child exploitation and have assisted local and state and law enforcement agencies in numerous others.

1

2.     This affidavit is made in support of a criminal complaint and arrest warrant for **Eddie Short Jr.** for violations of 18 U.S.C. § 2252A(a)(2) (distribution of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography and/or access with intent to view child pornography).

3.     This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies.  This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause.

## PROBABLE CAUSE

4.     On April 14, 2023, I received information originating from the National Crime Agency (NCA) in the United Kingdom that a user with email address shortXXXX@yandex.com had been communicating in online conversations about the sexual exploitation of children.  The communication began on April 3, 2023, and continued intermittently until May 11, 2023.

5.     During an email conversation on April 3, 2023, the user with email address shortXXXX@yandex.com sent an image of stained children's underwear and claimed they belong to an 8-year-old female child who is the daughter of a neighbor.  The message with the attached image of underwear stated, "Pee stains I

2

think I sent you a picture of them she wants to do it with me her mom told me she thinks I'm cute."

6. In an email message dated April 5, 2023, at 18:51 UTC, shortXXXX@yandex.com provided an alternate email address of eddieshort0XX@gmail.com. This email address was given after conversations about switching to a social media platform to make it easier to communicate.

7. In an email message dated April 5, 2023, at 19:39 UTC, shortXXXX@yandex.com sent two images of a minor female clothed in a pastel-colored dress and wearing a unicorn horn. ShortXXXX@yandex.com claimed that it was the girl that had a crush on him who was mentioned in the above paragraph. In a follow-up message that same day at 19:44 UTC, he stated "Yeah want to fuck her."

8. In an email message sent by shortXXXX@yandex.com on May 5, 2023, at 04:33UTC, shortXXXX@yandex.com stated, "That's what they look like I even broke her virginity had sex with her she was awesome." There was an image titled 6729.png attached to this message. The image appeared to be of a minor female bent over with her anus and vagina exposed. She was wearing white tights with pink flowers that were pulled down to her knees. Information provided by the NCA indicated that the child in that image was identified in 2017 by Portuguese law enforcement.

3

9.      In an email message sent by shortXXXX@yandex.com on May 9, 2023, at 14:55 UTC, shortXXXX@yandex.com stated, "That's her pussy after fucking her." There was an image titled 8429645.jpg attached to the message. The image was a closeup of a girl's vagina. In another email message that same day at 15:20, shortXXXX@yandex.com stated, "She's 8 years old."

10.     On April 27, 2023, a DHS summons was issued and served on Google requesting subscriber information related to user account eddieshort0XX@gmail.com. Google responded that same day with the requested information, including a list of login IP addresses. Below is some of the pertinent information Google provided:

```
Google Account ID:    570651222906
Name:                 Eddie Short
e-Mail:               eddieshort0XX@gmail.com
Created on:           2022-09-14 19:56:40 Z

BILLING, TAX, SHIPPING, DEFAULT
Eddie Short
XX Clairmont Place
Pontiac
MI
48342
US
+1 248-XXX-8115
```

4

11. Two of the login IP addresses provided by Google included:

2607:fb90:8d17:8018:ac39:c1b1:6803:161a at 4/3/2023 18:19 Zulu
2607:fb90:8da1:6a63:5a7:761e:a1c2:2cec at 4/11/2023 19:46 Zulu

An internet query indicated that these IP addresses resolved back to T-Mobile. On May 10, 2023, an administrative DHS summons was served on T-Mobile requesting basic subscriber information related to the user who was assigned those IP addresses at the dates and times provided.

12. On May 17, 2023, T-Mobile provided the following subscriber information:

| | |
|---|---|
| Subscriber Name: | Eddie Short |
| Subscriber Address: | XX CLAIRMONT PL<br>PONTIAC MI 48342-2303 |
| Subscriber Status: | A |
| Activation Date: | 2/6/2023 |
| Phone Model: | Samsung Galaxy A13 5G ASTK RSU |

13. The process of sending administrative summons to Google and T-Mobile to identify Eddie Short Jr. was used because Yandex is a Russian company and will not respond to the U.S. legal requests for subscriber information.

14. On May 19, 2016, Eddie Short Jr. was sentenced to 60 months' imprisonment to be followed by supervised release for a term of 15 years in the Eastern District of Michigan (2:14-cr-20700) for violation of 18 U.S.C. § 2252A(a)(2) (distribution of child pornography). On May 12, 2023, a U.S.

Probation Officer visited Short his residence and verified that he does live at XX Clairmont Place, Pontiac, Michigan.

15. On May 25, 2023, a search warrant was executed at the residence of Eddie Short located at XX Clairmont Place, Pontiac, Michigan. During the interview, Short admitted to downloading child pornography on the internet and sharing it using his "shortXXXX@yandex.me" email account and his "eddieshortXX@tutanota" email account. Short also admitted that child pornography would be discovered on both cell phones that he owned.

16. The execution of the search warrant led to the discovery of two cell phones owned by Short, one of them being the Samsung Galaxy A13 5G phone as mentioned in paragraph 12 above from the information provided by T-Mobile. I previewed the contents of a secure folder on that Samsung Galaxy phone and discovered several images of child pornography, one titled 6729.png. This is the same image that was sent in an email message from shortXXXX@yandex.com on May 5, 2023, as mentioned above in paragraph 8.

## CONCLUSION

17. I submit that this affidavit supports probable cause for a complaint and arrest warrant for violation of 18 U.S.C. § 2252A(a)(2) (distribution of child

pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography and/or access with intent to view child pornography).

          Respectfully submitted,

          Michael S. MacBride, Special Agent
          Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: May 25, 2023

7